DISABILITY RIGHTS ADVOCATES
STUART SEABORN (Bar No. 198590)
SEAN BETOULIERE (Bar No. 308645)
JESSIE AGATSTEIN (Bar No. 319817)
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone:  (510) 665-8644
Facsimile:  (510) 665-8511
sseaborn@dralegal.org
sbetouliere@dralegal.org

Attorneys for Plaintiffs

LEWIS BRISBOIS BISGAARD & SMITH LLP
MELISSA T. DAUGHERTY, SB# 227451
    E-Mail: Melissa.Daugherty@lewisbrisbois.com
KELLEY M. FOX, SB# 309272
    E-Mail: Kelley.Fox@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Mobility Works of California,
LLC and WMK, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY RESOURCES FOR INDEPENDENT LIVING, a California non-profit corporation, on behalf of itself; DORENE GIACOPINI, an individual, on behalf of herself and all others similarly situated; STUART JAMES, an individual, on behalf of himself and all others similarly situated;<br><br>                Plaintiffs,<br><br>        v.<br><br>MOBILITY WORKS OF CALIFORNIA, LLC., a California limited liability corporation; and WMK, LLC., an Ohio limited liability corporation;<br><br>Defendants. | **Case No. 4:18-cv-06012-JSW**<br><br>**STIPULATED MOTION TO VACATE CURRENT DEADLINES AND SET FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Judge: Hon. Jeffrey S. White |

Pursuant to Federal Rule 16 and Local Rules 7-1(a)(5) and 7-12, Plaintiffs Community Resources for Independent Living, Dorene Giacopini, and Stuart James ("Plaintiffs") and Defendants Mobility Works of California, LLC and WMK, LLC ("Defendants") (collectively "the Parties") respectfully request that this Court stay the litigation, vacate the current deadlines in this case, and set a further case management conference on or around **August 16, 2019**.

On May 31, 2019, the Parties engaged in a mediation before Michael Loeb, and executed a signed memorandum of understanding outlining the core substantive terms of a settlement agreement. While the terms outlined in this memorandum are contingent upon a full resolution of all Plaintiffs' claims and demands (including Plaintiffs' demand for attorneys' fees), the Parties are hopeful that they will be able to resolve all remaining issues by early August, and they will work diligently to do so. Staying litigation and vacating all current deadlines in this case will allow the Parties to focus their efforts on finalizing a settlement in this matter, and thus, the Parties believe that there is good cause to approve their request.

Should the Parties be unable to reach full agreement on the terms of a settlement by early August, they will submit a brief joint case management statement to the Court on **August 9, 2019** regarding their proposed path forward.

Dated: June 17, 2019                    DISABILITY RIGHTS ADVOCATES

By: /s/ Sean Betouliere
     Sean Betouliere
     Counsel for Plaintiffs

Dated: June 17, 2019                          LEWIS BRISBOIS BISGAARD &
                                              SMITH LLP


                                              By:  /s/ Melissa Daugherty
                                                   Melissa T. Daugherty
                                                   Kelley M. Fox
                                              Counsel for Defendants Mobility
                                              Works of California, LLC and WMK,
                                              LLC C


**[PROPOSED] ORDER**


**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED**


Dated:                                        By: _____
                                                   The Honorable Jeffrey S. White
                                                   United States District Court
                                                   Northern District of California

---

*Community Resources for Independent Living, et al. v. Mobility Works of California, LLC, et. al.*, **Case No. 18-cv-06012-JSW**
**Stipulated Motion To Vacate Current Deadlines and Set Further Case Management Conference            2**